CAROLE C. SHANDLER, SBN 112670
ATTORNEY AT LAW
10655 Ventura Boulevard, Suite 1100
Encino, CA  91436
Telephone:     (818) 905-9889
Facsimile:      (818) 986-8504
E-Mail:          CShandler@sgsproduce.com

JS-6

CHOATE AND CHOATE
Joseph Choate, Jr.  S. B. No. 039018
Robert P. Lewis, Jr., S. B. No. 057624
Bradley L. Cornell, S. B. No. 162384
2596 Mission Street, Suite 300
San Marino, California 91108-1679
Telephone:     (213) 623-2297
Facsimile:      (213) 623-6429
E-Mail:          rpljr@choatelaw.net
Counsel for Plaintiffs
Splendid Products, LLC and
Shapiro-Gilman-Shandler Co.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPLENDID PRODUCTS, LLC, a California limited liability company, and SHAPIRO-GILMAN-SHANDLER CO., a California corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>REY & REY PRODUCE, INC., a California corporation; MANUEL REYNOSO, an individual; ELIZABETH REYNOSO, an individual; and MIGUEL MUNOZ, an individual,<br><br>        Defendants. | Case No. 2:08-cv-6484 VBF(AGRx)<br><br>**ORDER OF DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT**<br>[Hon. Valerie Baker Fairbank] |

This matter is before the Court pursuant to that certain <u>SETTLEMENT AGREEMENT, RELEASE AND COVENANT NOT TO SUE</u> ("Settlement Agreement") by and between Plaintiff Splendid Products, LLC and Plaintiff Shapiro-Gilman-Shandler Co ("Plaintiffs") and Defendants

1.

_____
**ORDER OF DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT**

Rey & Rey Produce, Inc., a California Corporation, Manuel Reynoso, an Individual, (collectively, "Defendants"), and Defendant Elizabeth Reynoso, an Individual, and Defendant Miguel Munoz, an Individual, the parties having agreed to enter into the same; a true and correct copy of said agreement is attached hereto as **Exhibit 1** and is incorporated herein as fully set forth, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this Action is DISMISSED with prejudice as to Defendants ELIZABETH REYNOSO, an individual, and MIGUEL MUNOZ, an individual, and without prejudice as to Defendants REY & REY PRODUCE, INC., a California corporation, and MANUEL REYNOSO, an individual, and, except as otherwise provided in the Settlement Agreement, without costs, interest or sanctions to any party.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction in this case after the entry of this Order for the purpose of enforcement of the Settlement Agreement.

SO ORDERED.

Dated:   April 13, 2009

*Valerie Baker Fairbank*
───────────────────────────
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE